WILLIAM P. CLYDE et al., Appellants, *v.* AMOS ROGERS, Respondent.

It is in the discretion of the court below, whether to set aside a subpœna *duces tecum ;* so also, whether permission shall be granted defendant to inspect and copy plaintiff's books; and the exercise of this discretion is not reviewable here.

(Argued November 22, 1881 ; decided November 29, 1881.)

THIS was an appeal from an order of General Term which reversed two orders of Special Term, one of which set aside a subpœna *duces tecum,* and the other denied an application for

an inspection of, and permission to take copies of plaintiff's books. (Reported below, 24 Hun, 145.)

The court here say :

"Whether the subpœna *duces tecum* should be set aside was matter of discretion in the court below; and whether permission to inspect and copy plaintiff's books should be granted was also matter of discretion. These are mere matters of practice with which we have no jurisdiction to interfere. The appeal should, therefore, be dismissed, with costs."

*Samuel Boardman* for appellants.

*Asa Bird Gardiner* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.